
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 14-10157 |
| Plaintiff - Appellee, | 14-10158 |
| v. | |
| | D.C. Nos. 4:13-cr-01606-CKJ |
| MARIO RODRIGUEZ-MALDONADO, a.k.a. Mario Maldonado Rodriguez, a.k.a. Pablo Ochoa-Sanchez, | 4:11-cr-00195-CKJ |
| Defendant - Appellant. | MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Marvin E. Aspen, District Judge, Presiding[**]

Submitted February 17, 2015[****]

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable Marvin E. Aspen, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

[****] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In these consolidated appeals, Mario Rodriguez-Maldonado appeals from the district court's judgments and challenges the 24-month sentence imposed following his guilty-plea conviction for attempted reentry after deportation, in violation of 8 U.S.C. § 1326, and the 18-month, partially concurrent sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rodriguez-Maldonado contends that the district court procedurally erred by failing to provide a sufficient explanation for the sentences imposed, including its reasons for rejecting his arguments in favor of a lower sentence. We review for plain error, *see United States v. Miqbel*, 444 F.3d 1173, 1176 (9th Cir. 2006), and find none. The record demonstrates that the court heard Rodriguez-Maldonado's arguments in mitigation, and its explanation of the sentence was adequate. *See United States v. Carty*, 520 F.3d 984, 992-93, 995 (9th Cir. 2008) (en banc).

**AFFIRMED.**